AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Austin Thompson Hughes <br><br> *Plaintiff(s)* <br> v. <br> City of Houston, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:21-cv-01994 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kim Ogg
Harris County District Attorney
500 Jefferson Street
Houston, Texas 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Courtney Warren, PLLC
Courtney Warren
402 Hunt Street
Houston, TX 77003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: June 28, 2021

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-01994

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### IN THE UNITED DISTRICT COURT
### FOR THE SOUTHERN DISTSRICT OF TEXAS

| | |
|---|---|
| AUSTIN THOMPSON HUGHES,<br>    Plaintiff, | )(<br>)(<br>)( |
| vs. | )(   Civil Action No. 4:21-cv-01994<br>)( |
| CITY OF HOUSTON<br>    Defendant(s). | )(<br>)( |

Attorney for Plaintiff
**COURTNEY WARREN, PLLC**
Law Office of Courtney Warren, PLLC
402 Hunt Street
Houston, Texas 77003
Phone: (512) 797-3855

Received by ASAP Civil Process Services on the 6th day of July, 2021 at 1:31 pm to be served on **KIM OGG, Harris County District Attorney,** 500 Jefferson Street, Houston, TX 77002.

I, **JOE A. FLORES**, SCH 5792, Expires 04/30/2023, being duly sworn, depose and say that on the 16th day of July, 2021, I:

**PERSONALLY/INDIVIDUALLY** served by delivering a true copy of the **SUMMONS & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KIM OGG, Harris County District Attorney, c/o authorized person to accept service ELIZABETH STEVENS,** 500 Jefferson Street, Houston, TX 77002, and informed said person of the contents therein, in compliance with state statutes.

Page 1 of 2

# SWORN AFFIDAVIT

**THE STATE OF TEXAS** )(

**COUNTY OF HARRIS** )(

I, **JOE A. FLORES**, certify that I am over the age of 18, have no interest in the above cause, and am an Approved Certified Process Server in and for The State of Texas, in good standing in accordance with T. R. C. P. Rule 103 as required by law.

**SERVICE FEE:** $ 75.00

Subscribed and Sworn to before me this 30 day of July, 2021 by the Affiant who is personally known to me.

_____
Notary Public in and for the State of Texas

My Commission Expires: 12/18/23

FELIPA ALVAREZ
Notary ID #4894895
My Commission Expires
December 18, 2023

**JOE A. FLORES**, Certified Process Server
PSC 5792, Expires: 04/30/2023
ASAP Civil Process
11152 Westheimer Road # 971
Houston, TX 77042
Phone: (281) 217-6022

Page 2 of 2