# Exhibit 2



# Arrest Distribution for Impersonation

Printed On: 10/6/2021

**Distributed By: Arrestee Race**

Page 1 of 2

**Agency(ies) included:** HOUSTON PD

| Offense | Asian | Black or African American | Native Hawaiian or Other Pacific Islander | White | Total |
|---|---|---|---|---|---|
| 26C - Impersonation | 3 | 35 | 5 | 38 | 81 |
| Total | 3 | 35 | 5 | 38 | 81 |



Arrestee Race Distribution for Impersonation

This report reflects incidents submitted to the Texas Department of Public Safety's Uniform Crime Reporting (UCR) system as applied to your request.  UCR is a voluntary program, wherein, participating agencies are required to submit their data annually but have no data frequency submission requirement.  As data is submitted, routine data validations are applied to ensure completeness; however, the responsive data contained within this report may have been retrieved from the system prior to being subject to or completing those validation routines, and as such, may contain inaccuracies, be incomplete or not reflect every incident that may have occurred within the specified jurisdiction for the requested timeframe.  As such, this report is a reflection of all of the data contained within the TXDPS UCR System at the time of inquiry for the timeframe specified. Every effort has been made to produce the data in the requested format.



# Arrest Distribution for Impersonation

Printed On: 10/6/2021

**Distributed By: Arrestee Race**

Page 2 of 2



Breakup of Impersonation

100.0 %

UCR

■ 26C - Impersonation

*This report reflects incidents submitted to the Texas Department of Public Safety's Uniform Crime Reporting (UCR) system as applied to your request. UCR is a voluntary program, wherein, participating agencies are required to submit their data annually but have no data frequency submission requirement. As data is submitted, routine data validations are applied to ensure completeness; however, the responsive data contained within this report may have been retrieved from the system prior to being subject to or completing those validation routines, and as such, may contain inaccuracies, be incomplete or not reflect every incident that may have occurred within the specified jurisdiction for the requested timeframe. As such, this report is a reflection of all of the data contained within the TXDPS UCR System at the time of inquiry for the timeframe specified. Every effort has been made to produce the data in the requested format.*