Exhibit 3



**U. S. Department of Justice**
Federal Bureau of Investigation
*Criminal Justice Information Services Division*

# Criminal Justice Information Services Division
# Uniform Crime Reporting Program



# 2019.1 National Incident-Based Reporting System User Manual

Document Date:  07/31/2018

Prepared by:

Law Enforcement Support Section
Crime Statistics Management Unit

| Offense | NIBRS Offense Code | Crime Against Category | Based on NCIC Offense Code |
|---------|-----|----------|--------------------|
| Embezzlement | 270 | Property | 2701–2705; 2799 |
| **Extortion/Blackmail** | | | |
| Extortion/Blackmail | 210 | Property | 2101–2105; 2199 |
| **Fraud Offenses** | | | |
| False Pretenses/Swindle/Confidence Game | 26A | Property | 2601–2603; 2607; 2699 |
| Credit Card/Automated Teller Machine Fraud | 26B | Property | 2605 |
| Impersonation | 26C | Property | 2604 |
| Welfare Fraud | 26D | Property | None |
| Wire Fraud | 26E | Property | 2608 |
| Identity Theft | 26F | Property | 2610 |
| Hacking/Computer Invasion | 26G | Property | 2609 |
| **Gambling Offenses** | | | |
| Betting/Wagering | 39A | Society | None |
| Operating/Promoting/Assisting Gambling | 39B | Society | 3901–3902; 3904–3905; 3907; 3915–3916; 3918; 3920–3921 |
| Gambling Equipment Violations | 39C | Society | 3908–3914 |
| Sports Tampering | 39D | Society | 3919 |
| **Homicide Offenses** | | | |
| Murder and Non-Negligent Manslaughter | 09A | Person | 0901–0908; 0911–0912 |
| Negligent Manslaughter | 09B | Person | 0910 |
| Justifiable Homicide | 09C | Not a Crime | None |
| **Human Trafficking** | | | |
| Human Trafficking, Commercial Sex Acts | 64A | Person | 6411 |
| Human Trafficking, Involuntary Servitude | 64B | Person | 6411 |
| **Kidnapping/Abduction** | | | |
| Kidnapping/Abduction | 100 | Person | 1001–1009; 1099 |
| **Larceny/Theft Offenses** | | | |
| Pocket-picking | 23A | Property | 2301 |
| Purse-snatching | 23B | Property | 2302 |
| Shoplifting | 23C | Property | 2303 |

property was either rented or loaned) and through deceit (they promised to return it) kept the property.

A common classification problem is the taking of gasoline without paying for it. If an offender steals gasoline from a self-service gas station without paying for it, the reporting agency should classify the offense as a 23H = All Other Larceny. In this case, the victim made no contract or agreement for payment with the offender.

However, if someone gets gasoline at a full-service gas station and drives off without paying for it, the offense is considered to be a 26A = False Pretenses/Swindle/Confidence Game. The individual asked someone to provide a service and product to them and failed to pay for it (they made a tacit agreement for product and services rendered).

> **Note:** Agencies should report the most specific subcategory of fraud whenever the circumstances fit the definition of more than one of the subcategories listed below. For example, many frauds would fit the definition of False Pretenses/Swindle/Confidence Game. However, if the offender used a credit card to perpetrate the Fraud, the agency should classify the offense as Credit Card/Automated Teller Machine Fraud.

## 26A False Pretenses/Swindle/Confidence Game

**The intentional misrepresentation of existing fact or condition or the use of some other deceptive scheme or device to obtain money, goods, or other things of value**

This offense includes renting a vehicle and failing to return it, dining at a restaurant and failing to pay the bill, or misrepresenting information on an application for a firearm.

## 26B Credit Card/Automated Teller Machine Fraud

**The unlawful use of a credit (or debit) card or automated teller machine for fraudulent purposes**

This offense does not apply to the theft of a credit/debit card but rather its fraudulent use.

## 26C Impersonation

**Falsely representing one's identity or position and acting in the character or position thus unlawfully assumed to deceive others and thereby gain a profit or advantage, enjoy some right or privilege, or subject another person or entity to an expense, charge, or liability that would not have otherwise been incurred**

> **Note:**  If a credit card number is fraudulently used, LEAs should report this as a 26B = Credit Card Fraud.

Example: In order to receive special discounts from a business an individual put on a military uniform and enters the business.  The individual is not a military service member and uses the fake uniform with the purpose of impersonating a service member to receive a discount.

## 26D Welfare Fraud

**The use of deceitful statements, practices, or devices to unlawfully obtain welfare benefits**

This offense includes the fraudulent use of electronic benefit transfer (EBT) cards for welfare purposes (e.g., SNAP cards, government-sponsored cash cards).

## 26E Wire Fraud

**The use of an electric or electronic communications facility to intentionally transmit a false and/or deceptive message in furtherance of a fraudulent activity**

This classification applies to those cases where telephone, teletype, computers, e-mail, text messages, etc., are used in the commission or furtherance of a fraud. For example, if someone uses a computer to order products through a fraudulent online auction site and pays for the products but never receives them, LEAs should classify the incident as 26E = Wire Fraud.

## 26F Identity Theft

**Wrongfully obtaining and using another person's personal data (e.g., name, date of birth, Social Security number, driver's license number).**

This offense includes opening a credit card, bank account, etc. using a person's information.

*(New)* This offense should not be confused with Impersonation (26C) (falsely acting in the character or position to unlawfully deceive others to gain a profit or advantage; when impersonating another person, the offender would not be in possession of another person's personal data).

## 26G Hacking/Computer Invasion

**Wrongfully gaining access to another person's or institution's computer software, hardware, or networks without authorized permissions or security clearances.**

## 39A – 39D Gambling Offenses

**To unlawfully bet or wager money or something else of value; assist, promote, or operate a game of chance for money or some other stake; possess or transmit wagering information; manufacture, sell, purchase, possess, or transport gambling equipment, devices, or goods; or tamper with the outcome of a sporting event or contest to gain a gambling advantage**

Cargo theft-related offenses are:

As a result of APB recommendation to and 26F = Identity Theft and 26G = Hacking /Computer Invasion to the list of Cargo theft-related offenses, these offenses will become effective on January 1, 2019.

120 = Robbery
210 = Extortion/Blackmail
220 = Burglary/Breaking and Entering
23D = Theft From Building
23F = Theft From Motor Vehicle
23H = All Other Larceny
240 = Motor Vehicle Theft
26A = False Pretenses/Swindle/Confidence Game
26B = Credit Card/Automated Teller Machine Fraud
26C = Impersonation
26E = Wire Fraud
26F = Identity Theft
26G = Hacking/Computer Invasion
270 = Embezzlement
510 = Bribery

**Valid Data Values**

Y = Yes
N = No
(Blank) = Not a Cargo Theft offense

**Example**

Four men wearing ski masks conducted armed robbery at a trucking facility (UCR Offense Code 120 Robbery). Two of the men held the guards at gunpoint while the other two men jumped into an idling truck nearby and drove off with the cargo.

**Example**

Five suspects entered a slow-moving freight train, which was transporting cargo from the freight yard to numerous destinations. The suspects used various tools to break into the shipping containers. The merchandise what then thrown off the train and accomplices on the ground gathered the stolen merchandise (UCR Code 220 Burglary/Breaking & Entering).

The following scenarios will be effective January 1, 2019.