**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION**

| | |
|---|---|
| **AUSTIN THOMPSON HUGHES,** § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **CITY OF HOUSTON, ET AL,** § <br> *Defendant*. § | **Civil Action No.: 4:21-CV-01994** |

**ORDER GRANTING DEFENDANT CITY OF HOUSTON'S
RULE 12(b)(6) MOTION TO DISMISS**

After considering *Defendant City of Houston's Rule 12(b)(6) Motion to Dismiss*, any response, and Plaintiff's Second Amended Complaint, the Court hereby

GRANTS the motion and dismisses all of Plaintiff's claims against Defendant City of Houston, with prejudice.

It is so ORDERED.

_____          _____
Date                                                                    The Honorable George C. Hanks, Jr.
                                                                              United States District Judge