## HEARING MINUTES

Cause No:        4:21-cv-01994

Style:        Hughes v. City of Houston et al.

Hearing Type:   Status hearing

**Appearances:**

| **Counsel** | **Representing** |
| --- | --- |
| Courtney Warren | Austin Thomas Hughes |
| Melissa Azadeh, Kelly Dempsey | City of Houston, Art Acevedo, Michael Garcia, Joshua Few, James Seymour |
| James Carroll Butt | Harris County |
| Meagan Scott | Kim Ogg, Tiffany Alfred |

Date:  September 30, 2022        Court reporter: ERO
Time: 10:05 a.m.—10:28 a.m.       Law Clerk:  P. Cragg


At the hearing, the following rulings were made as stated on the record:

The Court held a status hearing. The Court **GRANTED** the motions to dismiss filed by the City of Houston (Dkt. 49), Harris County (Dkt. 42), Art Acevedo (Dkt. 48), Kim Ogg (Dkt. 46), Tiffany Alfred (Dkt. 46), and James Seymour (Dkt. 43). The Court GRANTED IN PART and DENIED IN PART the motions to dismiss for Michael Garcia (Dkt. 47) and Joshua Few (Dkt. 45).

The Court asked the parties to confer on scheduling and to submit a joint letter to the Court by October 12.