```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF TEXAS
 3                          - - -
       THE HONORABLE GEORGE C. HANKS, JR., JUDGE PRESIDING
 4
    AUSTIN THOMPSON HUGHES,    )
 5                             )
         Plaintiff,            )
 6  v.                         )    NO. 4:21-CV-01994
                               )
 7  CITY OF HOUSTON, ET AL.    )
                               )
 8       Defendants.           )

 9              DISCOVERY HEARING HELD REMOTELY
            OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS
10                       Houston, Texas
                       February 7, 2022
11
    APPEARANCES:
12
    For Plaintiff:
13     Courtney Warren, Esq.

14
    For Defendants City of Houston and Harris County:
15     Jim Butt, Esq.

16
    For Defendants Kim Ogg and Tiffany Alfred:
17     Meagan Scott, Esq.

18
    For Defendants City of Houston, Art Acevedo, James
19  Seymour, Joshua Few, and Michael Garcia:
       Melissa Azadeh, Esq.
20
21  Reported by:   Mary Nancy Capetillo, CSR, RPR, TRR
                   Official Court Reporter
22                 United States District Court
                   Southern District of Texas
23                 mary_capetillo@txs.uscourts.gov

24      Proceedings reported by computerized stenotype

25  machine.
```

```
 1                         PROCEEDINGS
 2              THE COURT:  Good afternoon, everyone.  The
 3   next case on the Court's docket is cause number
 4   4:21-CV-1994.  Austin Thompson Hughes versus City of
 5   Houston.  Can counsel on the line just introduce
 6   themselves to the Court, state the parties they
 7   represent, starting with the Plaintiff?
 8              MS. WARREN:  Courtney Warren for Plaintiff
 9   Austin Hughes, Your Honor.
10              THE COURT:  Okay.  Ms. Warren, welcome.
11   And Defendants?
12              MS. SCOTT:  Meagan Scott for Defendants
13   Ogg and Alfred.
14              THE COURT:  Okay.
15              MS. AZADEH:  Melissa Azadeh for Defendants
16   City of Houston, Chief Acevedo, Seymour, Few, and
17   Garcia.
18              THE COURT:  Okay.  Great.
19              MR. BUTT:  And, Your Honor, Jim Butt on
20   behalf of Harris County and the District Attorney and
21   assistant district attorney in their official
22   capacities.
23              THE COURT:  Okay.  Great.  Well, welcome,
24   everyone.  I did receive your letter on the 25th about
25   the discovery dispute, and I just wanted to let you all
```

1    know what my policy and practices are with respect to
2    these disputes because we have them all the time.
3    Bottom line is if there -- as in this case -- there are
4    pending motions to dismiss by Harris County and City of
5    Houston, until those motions have been resolved, then
6    I'm not going to order discovery to go forward in this
7    case.
8              So I'm going to issue a ruling soon on the
9    qualified immunity issues as well as the motions to
10   dismiss under *Monell* with respect to the City of Houston
11   and Harris County.  Once those are resolved, if the case
12   goes forward, then we'll proceed with discovery.
13             But the short answer is:  Yeah, the
14   parties can -- are free to file whatever motions they
15   would like; but if all that's going to be in the motions
16   are what's in the premotion letter which you've
17   presented to me, I'm going to deny any motion to compel
18   discovery in this matter.
19             The only time, just for everyone's, you
20   know, background, the only time that I'll order
21   discovery against the municipal entities -- it's just my
22   practice -- when there are -- is when there is not a
23   pending motion to dismiss filed by municipalities and
24   it's only a motion to dismiss filed with respect to the
25   individuals under qualified immunity.  Under those

```
 1   circumstances I will consider moving discovery forward
 2   with respect to municipalities while we wait for a
 3   decision or while I rule on the qualified immunity
 4   issues.  But here both the municipalities and the --
 5   municipal entities and the individuals that moved to
 6   dismiss, albeit on different grounds, but they've both
 7   moved to dismiss.  So until those motions to dismiss
 8   have been resolved, I'm not going to order discovery to
 9   go forward.  So hopefully that will help you all with
10   your analysis and figuring out what to do next, but I
11   will get a ruling back to you as quickly as possible; so
12   you're not going to be waiting forever for this issue to
13   get resolved.  I know there's some deadlines coming up.
14   You need to get things moving.  I will get answers back
15   to you in time for you to meet all those deadlines.
16                Any questions from anyone?
17                MS. AZADEH:  No.  Thank you, Your Honor.
18                THE COURT:  Great.  Okay.  Well -- I'm
19   sorry, Ms. Warren?
20                MS. WARREN:  No.  Understood.  I just
21   wanted to say because it was my understanding that there
22   is no automatic stay of discovery until the Court orders
23   it.  That's why I wanted to just get some clarification
24   and a ruling in the event that you did not want to stay
25   discovery, but I understand your opinion at this time.
```

```
1              THE COURT:  Not a problem.  You're
2   absolutely right.  There is no automatic stay, and every
3   judge does it just a little bit differently.  Just that
4   my practice is -- as I said, if there's a pending motion
5   to dismiss in addition to the motion to dismiss on
6   qualified immunity with respect to the individual
7   Defendants, I stay everything until I rule on that
8   issue.
9              MR. BUTT:  We understand.
10             THE COURT:  And then once I rule, you guys
11  will be free to keep going.
12             MS. WARREN:  All right.  Sounds good.
13  Thank you, Your Honor.
14             THE COURT:  Not a problem, everyone.
15  Please stay safe and well; and if you have any other
16  problems, let me know.
17                  (Proceedings concluded.)
18                       *  *  *  *  *
19     I, certify that the foregoing is a correct
20  transcript from the record of proceedings in the above
21  matter.
22
    October 21, 2022
23                  /s/MaryNancyCapetillo
                    Signature of Court Reporter
24
25
```