# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
July 10, 2023
Nathan Ochsner, Clerk of Court

No. 22-20534
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
June 16, 2023
Lyle W. Cayce
Clerk

AUSTIN THOMPSON HUGHES,

*Plaintiff—Appellee,*

versus

ART ACEVEDO; MICHAEL GARCIA; JOSHUA FEW; JAMES SEYMOUR,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1994

---

Before CLEMENT, SOUTHWICK, and ENGELHARDT, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jul 10, 2023
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 10, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 22-20534    Hughes v. Acevedo
                           USDC No. 4:21-CV-1994

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Rebecca L. Leto, Deputy Clerk
                                504-310-7703

cc:    Ms. Melissa Azadeh
       Mr. William Craft Hughes
       Courtney Brooke Warren