# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
July 10, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
June 16, 2023
Lyle W. Cayce
Clerk

No. 22-20534
Summary Calendar

---

AUSTIN THOMPSON HUGHES,

*Plaintiff—Appellee,*

versus

ART ACEVEDO; MICHAEL GARCIA; JOSHUA FEW; JAMES SEYMOUR,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1994

---

Before CLEMENT, SOUTHWICK, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:[*]

This case involves claims of unlawful arrest and assertions of qualified immunity. But the appellants here appealed not a written final judgment, but rather oral statements made during a status hearing on a motion to dismiss. Then, when the district court eventually memorialized those statements in writing and declined to dismiss the case on qualified immunity grounds, the

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-20534

appellants again appealed. That second appeal has been docketed separately, rendering this first appeal moot. *See FTC v. Nat'l Bus. Consultants, Inc.*, 376 F.3d 317, 318 n.1 (5th Cir. 2004).

Thus, this case is DISMISSED AS MOOT.