# HEARING MINUTES

Cause No:        4:21-cv-01994

Style:           *Hughes v. City of Houston et al*

Hearing Type:    Pre-Motion Conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Courtney Brooke Warren | Austin Thompson Hughes |
| Melissa Azadeh | Michael Garcia and Joshua Few |

Date: March 20, 2025          Court reporter: ERO – Amy Pearson
Time: 2:13 PM – 2:18 PM       Law Clerk: E. Robins

At the hearing, the following rulings were made as stated on the record:

A Pre-Motion Conference was held (Dkt. 146) regarding the parties' joint request for an additional extension of discovery and dispositive motions deadlines by 75-90 days (Dkt. 145).

The Court instructed parties to file a joint amended Docket Control Order, including a specific date for trial, by close of business on March 27, 2025.