United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN THOMPSON HUGHES, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01994 |
| | § | |
| MICHAEL GARCIA, *et al.*, | § | |
|     Defendants. | § | |

## AMENDED DOCKET CONTROL ORDER

    This case will be controlled by the following deadlines. Except for the dispositive motion deadline, docket call, and the trial date, the parties may amend deadlines by agreement without Court intervention.

### DEADLINES

**June 23, 2025**      **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

**June 30, 2025**      **DISPOSITIVE MOTIONS**

**July 14, 2025**      **ALL OTHER PRETRIAL MOTIONS**

**July 28, 2025**      **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

**July 31, 2025**      **DOCKET CALL (at 3:00 P.M.)** by video.

    Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on

        at docket call, the case will be set for trial, and further pretrial orders may be issued.

**August 11, 2025**   **<u>JURY TRIAL</u>**

        Case is subject to being called to trial on short notice during this term.

SIGNED at Houston, Texas on April 8, 2025.

                                              _____
                                                GEORGE C. HANKS, JR.
                                            UNITED STATES DISTRICT JUDGE