UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN THOMPSON HUGHES | § § | |
| Plaintiff(s), | § | |
| VS. | § § | CIVIL ACTION NO. 4:21–cv–01994 |
| CITY OF HOUSTON, et al. | § § § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Discovery Hearing has been set in this matter for 11:30 AM on 7/3/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1612943926?pwd=JrcOinafLKEWevjmsOJWA135iqlLuJ.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 294 3926
Meeting Password: 301994

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 6/18/2025

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.