

**CITY OF HOUSTON**
Legal Department

**John Whitmire**
Mayor

Arturo G. Michel
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

*United States Courts*
*Southern District of Texas*
**FILED**
AUG 0 8 2025
Nathan Ochsner, Clerk of Court

August 8, 2025

Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Re:   *Austin Hughes v. City of Houston, Harris County, Art Acevedo, Kim Ogg, Michael Garcia, Joshua Few, James Seymour, and Tiffany Alfred*; Civil Action No. 4:21-cv-01994; In the United States District Court for the Southern District of Texas – Houston Division.

Dear Clerk of Court:

Enclosed please find for filing 1 CD containing Defendants Michael Garcia and Joshua Few's Motion for Summary Judgment Exhibits 6, 11 and 12.

Respectfully,

Melissa Azadeh
Senior Assistant City Attorney

cc:   Courtney Warren
      courtney@cwarrenlaw.com

      Keith French
      kfrench@peoplefirstfirm.com

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Hughes §
§
§ CASE NO. 4:21cv1994
§
§
§

v.

City of Houston, et al

One (1) CD Containing Defendants' Michael Garcia and Joshua Few's Motion for Summary Judgment Exhs 6, 11 and 12

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN BROWN EXPANDABLE FOLDER

INSTRUMENT # 177