IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUSTIN THOMPSON HUGHES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-01994 |
| | § | |
| MICHAEL GARCIA AND JOSHUA FEW, | § | |
| | § | |
| *Defendants*. | § | |

**NON-PARTY JAMES SEYMOUR'S SUPPLEMENTAL CERTIFICATE OF CONFERENCE TO PRE-MOTION CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Non-party James Seymour files this supplement to his September 25, 2025 letter re: *Plaintiff's last-minute revocation of agreed amended subpoena for deposition of non-party witness and filing proof of service to void subpoena* respectfully as follows:

**A.  Counsel for Seymour confirmed that Plaintiff's counsel was available on September 29, at 10:00 a.m.**

On Thursday, September 25, Counsel for Seymour conferred with Counsel for Plaintiff, who verified that she was available to take Seymour's deposition on Monday, September 29, 2025 at 10:00 a.m. But Counsel for Plaintiff retracted her agreement for the deposition to occur at the City Hall Annex. Counsel for Plaintiff also expressed intention to file a motion to compel Seymour to appear for deposition at a date, time, and location of her choosing.

**B.  Seymour made himself available for deposition as promised**

Per the parties' and witness's initial 9/19/25 agreement, Seymour made himself available for deposition at 10:00 a.m. on 9/29/25 at 900 Bagby (City Hall Annex).

No court reporter appeared.

Plaintiff's Counsel did not appear.

                                              Respectfully submitted,

                                              **ARTURO G. MICHEL**
                                              **City Attorney**

Date:  September 29, 2025          By:   */s/ Christy L. Martin*
                                                      Chief, Torts/Civil Rights
                                                      SBN:  24041336
                                                      FBN:  754168
                                                      832.393.6438
                                                      christy.martin@houstontx.gov
                                                      CITY OF HOUSTON LEGAL DEPARTMENT
                                                      900 Bagby, 4th Floor
                                                      Houston, Texas 77002
                                                      **Attorneys for Non-Party James Seymour**

## CERTIFICATE OF SERVICE

On this 29th day of September 2025, a true and correct copy of the foregoing document and attachments were duly served upon all parties through their attorneys of record by electronically filing same with the District CM/ECF system, in accordance with the Rules, and/or alternatively by e-mail or facsimile transmission, to the following:

Courtney B. Warren
Law Office of Courtney Warren, PLLC
402 Hunt St.
Houston, TX 77003
courtney@cwarrenlaw.com

Keith B. French
kfrench@peoplesfirstfirm.com

                                           */s/ Christy Martin*
                                           Christy Martin