IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AUSTIN THOMPSON HUGHES,          §
    Plaintiff,                   §
                                 §
                                 §
v.                               §
                                 §
MICHAEL GARCIA AND JOSHUA        §      CIVIL ACTION NO. 4:21-CV-01994
FEW,                             §
                                 §
    Defendants.                  §
                                 §

## DEFENDANTS MICHAEL GARCIA AND JOSHUA FEW'S NOTICE OF APPEAL

Notice is hereby given that the Defendants in the above styled and numbered cause, MICHAEL GARCIA and JOSHUA FEW, (collectively "Defendants), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Memorandum Opinion and Order entered on March 31, 2026 [Dkt. 263] denying the Defendants' Motion for Summary Judgment on qualified immunity grounds [Dkt. 170, 171, 173], denying the Defendants' Motion to Dismiss And / Or Exclude Based on Spoliation, Waiver, and Estoppel [Dkt. 175 and 176], overruling Defendants' Objections [Dkt. 197 and 198], granting Plaintiff's Motion(s) to Strike the Declaration of Edgar Gomez, and all other and related orders and rulings adverse to the Defendants.

The Court's order denying summary judgment on the issue of qualified immunity is an immediately appealable final decision under 28 U.S.C. § 1291.

*Mitchell v. Forsyth*, 427 U.S. 511, 527-30 (1985).  Defendants Michael Garcia and

Joshua Few exercise their right to appeal.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY MARTIN
Section Chief Torts/Civil Rights

Date: April 10, 2026.          By:    */s/ Melissa Azadeh*
                                      MELISSA AZADEH
                                      *Attorney in Charge*
                                      Texas Bar No. 24064851
                                      Federal Bar No. 1090186
                                      Senior Assistant City Attorney
                                      CITY OF HOUSTON LEGAL DEPARTMENT
                                      900 Bagby Street, Third Floor
                                      Houston, Texas 77002
                                      Tel. 832-393-6270
                                      Fax 832-393-6259
                                      melissa.azadeh@houstontx.gov

**ATTORNEYS FOR DEFENDANTS**
**MICHAEL GARCIA AND JOSHUA**
**FEW**

2

**CERTIFICATE OF SERVICE**

On this 10th day of April 2026, a true and correct copy of the foregoing document was duly served upon all parties through their attorneys of record by electronically filing same with the District CM/ECF system, in accordance with the Rules, and/or alternatively by e-mail or facsimile transmission, to the following:

| | |
|---|---|
| Courtney Warren | Keith French |
| 402 Hunt St. | 2010 E. Broadway St., Suite 132 |
| Houston, TX 77003 | Pearland, Texas 77581 |
| courtney@cwarrenlaw.com | kfrench@peoplefirstfirm.com |

*/s/ Melissa Azadeh*
Melissa Azadeh